UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BONNIE C. ADAMS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 13-11132

Hon. John Corbett O'Meara

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's January 29, 2014 report and recommendation. Plaintiff's objection to the report and recommendation was filed February 12, 2014.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Grand reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objection.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date:  March 6, 2014

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 6, 2014, using the ECF system.

                                                <u>s/William Barkholz</u>
                                                Case Manager